UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



JTH TAX, INC., d/b/a
LIBERTY TAX SERVICE,

   Plaintiff,

v.              ACTION NO. 2:11cv66

WILLIAM HOULE,

   Defendant.

### ORDER

This matter comes before the court on the Motion to Transfer Venue filed by the defendant on August 2, 2011. The matter was referred to a United States Magistrate Judge by Order of August 23, 2011, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion.

The Magistrate Judge's Report and Recommendation was filed on September 23, 2011. The magistrate judge recommended that the defendant's Motion to Transfer Venue be granted. By copy of the Report and Recommendation, the parties were advised of their right to file written objections thereto. On September 30, 2011, the court received plaintiff's Objection to the Magistrate Judge's Report and Recommendation.

The court, having examined the objection to the Report and Recommendation and having made _de novo_ findings with respect thereto, does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed September 23, 2011. Accordingly, the defendant's Motion to Transfer Venue to the Central District of California is **GRANTED**. The defendant filed a Renewed Motion to Transfer Case on September 9, 2011, and that motion is now **MOOT**.

The Clerk shall forward a copy of this Order to all parties of record and to the Clerk of the Central District of California, as well as effect the transfer forthwith.

It is so **ORDERED**.

                                              /s/
                                    Rebecca Beach Smith
                                    United States District Judge

                                UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

October 20, 2011